# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

CAMERON LASHUN BONDS,

    Plaintiff,

v.                                                                                          Case No. 2:21-cv-02213-MSN-cgc

SHELBY COUNTY, TENNESSEE, a
Tennessee municipality; F/N/U Rounds,
in her individual capacity; SGT DEREK MARTIN,
in his individual capacity; OFFICER HERVELL
WILLIAMS, in his individual capacity; OFFICER
JONATHAN FULLILOVE, in his individual capacity;
OFFICER CORTEZ BLAIR, in his individual capacity;
and OFFICER JEREMY JORDAN, in his
individual capacity,

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed April 6, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Joint Stipulation of Dismissal, filed November 8, 2021, (ECF No. 40) and under Fed. R. Civ. P. 41(a)(1), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:   *s/ Mark S. Norris*

                MARK S. NORRIS
                UNITED STATES DISTRICT JUDGE

DATE:   November 8, 2021